IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Dorothy Davis Guillory - #114891

No. C 14-80010 WHA

**ORDER OF SUSPENSION**

On February 24, Dorothy Davis Guillory filed a statement of non-opposition to the January 13 order to show cause. She does not oppose suspension, but states that "the actual period of suspension imposed by the California state bar is two years." The decision was effective on December 20, 2013. Ms. Guillory's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: March 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE